MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. LOUISA S. PORTER
CT. DEPUTY RICHARD MESSIG

Gotti    v.    Vasquez et al    No. 08cv1249-W (POR)

Plaintiffs                          Defendants

PROCEEDINGS:  ____ In Chambers    ____ In Court    ____ Telephonic

Judge Porter hereby recuses herself from the above-entitled action. Please assign a new Magistrate Judge to this case. There are currently no matters set on Judge Porter's calendar.

NOTICE:  ____ In Person    ____ By Telephone    ____ Copies Sent

DATE: July 29, 2008                DEPUTY: [signature]

cc: Judge Whelan