UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONI GOTTI, ) | Case No. 08cv1249-W (BLM) |
| ) | |
| Plaintiff, ) | **ORDER VACATING EARLY NEUTRAL** |
| ) | **EVALUATION AND SETTING** |
| v. ) | **TELEPHONIC CASE MANAGEMENT** |
| ) | **CONFERENCE** |
| CARLOS VASQUEZ, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On August 18, 2008, Plaintiff filed a motion to remand this case to state court. In light of this pending motion, the Court finds it inappropriate to convene an Early Neutral Evaluation Conference ("ENE") at this time. See Civil Local Rule 16.1(c) (explaining that the "judicial officer shall hold [conferences] as he or she deems appropriate"). Accordingly, the ENE set for September 3, 2008 is hereby **VACATED**.

The Court will conduct a <u>telephonic</u>, <u>attorneys-only</u> Case Management Conference on **November 4, 2008** at **1:30 p.m.** This conference is scheduled at the same time as the telephonic Case Management Conference in two other cases before this Court, in which Plaintiff Noni Gotti is pursuing similar claims under similar procedural circumstances, and

which share the same counsel as the instant case. <u>Gotti v. Vasquez, et al.</u>, 08cv1247-W (BLM); <u>Gotti v. Vasquez, et al.</u>, 08cv1248-JLS (BLM). Counsel should be prepared to discuss all three cases at the conference. Plaintiff's counsel shall initiate the conference call. Failure to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: <u>August 26, 2008</u>

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE THOMAS J. WHELAN
U.S. DISTRICT JUDGE

ALL COUNSEL