```
                                    FILED
                              08 DEC 12 PM 4:08
                              CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY: _____  DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONI GOTTI,<br><br>　　　　　　Plaintiff,<br>　v.<br>CARLOS VASQUEZ, et al,<br><br>　　　　　　Defendants. | CASE NO: 08-CV-1249 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Pending before the Court is a joint motion to dismiss with prejudice. Having read and considered the moving papers and good cause appearing, the Court **GRANTS** the motion (Doc. No. 12) and **DISMISSES** this action with prejudice.

**IT IS SO ORDERED.**

DATE: December 12, 2008

_____
HON. THOMAS J. WHELAN
United States District Court
Southern District of California